IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JEREMY LEE BRAXTON**  **PLAINTIFF**
**#45348**

v.  Case No. 3:24-cv-00244-KGB

**JAMES BARR, Defense Counsel,** *et al.*  **DEFENDANTS**

## ORDER

When plaintiff Jeremy Lee Braxton filed this lawsuit, he was in custody at the Craighead County Detention Facility ("CCDF") (Dkt. No. 1). On April 15, 2025, mail to Mr. Braxton at the CCDF was returned undeliverable (Dkt. No. 3). As a result, on April 16, 2025, the Court entered a show cause Order to require Mr. Braxton to inform the Court of his current contact information within 30 days of the entry of this Order (Dkt. No. 4). The Court notified Mr. Braxton that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id.*). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Mr. Braxton has not complied with or otherwise responded to the Court's April 16, 2025, Order, and the time for doing so has passed. Accordingly, Mr. Braxton's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 5th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Judge