IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JEREMY LEE BRAXTON                                                                             PLAINTIFF
#45348

v.                          Case No. 3:24-cv-00244-KGB

JAMES BARR, Defense Counsel, *et al*.                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jeremy Lee Braxton's complaint is dismissed without prejudice (Dkt. No. 1). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

It is so adjudged this 5th day of May, 2025.

_____
Kristine G. Baker
Chief United States District Judge